UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER THOMSON,

        Plaintiff,        Case No. 1:11-cv-1287

v.        Hon. Gordon J. Quist

ALFRED JONES, *et al.*,

        Defendants.

_____/

**NOTICE OF IMPENDING DISMISSAL AND ORDER TO SHOW CAUSE**

Plaintiff filed his complaint on November 21, 2011. Although more than one year has passed since the filing of the complaint, plaintiff has failed to identify or complete service of process on the four unknown parties listed on the complaint as "TLC Doctors", "Duane Waters Health Care doctor", "Van Buren County Jail doctor", and "Kalamazoo doctor". Fed. R. Civ. P. 4(m) requires that "[i]f a defendant is not served within 120 days after the complaint is filed, the court . . . after notice to plaintiff . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Accordingly, plaintiff shall show cause, in writing, within fourteen (14) days of the entry of this order, why this action should not be dismissed without prejudice as to these unknown and unidentified defendants for failure to complete service and lack of prosecution. *See* Fed. R. Civ. P. 4(m);W.D. Mich. LCivR 41.1.

**IT IS SO ORDERED.**

Dated: March 15, 2013        /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge