UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER THOMSON,

        Plaintiff,                                Case No. 1:11-CV-1287

v.                                               Hon. Gordon J. Quist

ALFRED JONES, et al.,

        Defendants.

                                 /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 14, 2014, which recommends that the Court grant Defendants' motions for summary judgment. The Report and Recommendation was duly served on Plaintiff on August 15, 2014. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation filed August 14, 2014 (dkt. #109) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions to Dismiss, or in the alternative, for Summary Judgment (dkt. ##103, 106) are **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

A separate judgment will issue.

This case is **concluded**.


Dated: September 5, 2014                                      /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE